**JASON K. SINGLETON,** State Bar # 166170
jason@singletonlawgroup.com
**SINGLETON LAW GROUP**
611 "L" Street, Suite "A"
Eureka, CA 95501
(707) 441-1177
FAX:  441-1533

Attorneys for Plaintiff, MARSHALL LOSKOT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERTO DE LA TORRE, dba TAQUERIA LOS GORDOS, CHARLES H. MARX and MARY MARLENE MARX, Trustees of the MARX FAMILY 2012 TRUST, and DOES ONE through FIFTY, inclusive,<br><br>    Defendants. | Case No. 2:14-CV-752 TLN CMK<br><br>**STIPULATION AND ORDER TO ALLOW FILING OF FIRST AMENDED COMPLAINT** |

After completion of a duly notice and conducted site inspection of the premises which are the subject of the within action, on September 29, 2014, Plaintiff desires to file a First Amended Complaint to amend Paragraph 6 inserting all the barriers to access revealed by the inspection which affect Plaintiff at Taqueria Los Gordos, the facility which is the subject of this action, a copy of which amended complaint is attached hereto as Exhibit "A."

Defendants stipulate that Plaintiff may file the First Amended Complaint and that Defendants shall not be required to file an answer to the First Amended Complaint, their Answer filed April 22, 2014, as Document 4 is accepted as responsive to the First Amended Complaint.

It is so stipulated.

**SINGLETON LAW GROUP**

Dated: October 27, 2014        /s/ Jason K. Singleton
                               Jason K. Singleton, Attorney for Plaintiff,
                               **MARSHALL LOSKOT**

**REESE, SMALLEY, WISEMAN & SCHWEITZER, LLP**

Dated: October 27, 2014        /s/ Victor R. Richardson
                               Victor R. Richardson, Attorneys for Defendants,
                               **ROBERTO DE LA TORRE, dba TAQUERIA LOS GORDOS, CHARLES H. MARX and MARY MARLENE MARX, Trustees of the MARX FAMILY 2012 TRUST**

## ORDER

The Court, based upon the foregoing Stipulation, hereby orders as follows:

1. Plaintiff may file a First Amended Complaint adding the additional barriers discovered as a result of a site inspection.

2. Defendants shall not be required to file an answer to the First Amended Complaint, their Answer filed April 22, 2014, as Document 4 is accepted as responsive to the First Amended Complaint.

IT IS SO ORDERED.

Dated: November 5, 2014

_____
Troy L. Nunley
United States District Judge